The Honorable Christopher M. Alston
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In Re: | Case No.: 18-14780-CMA |
|---|---|
| Catherine Dawn Kroesser | Chapter 7 |
| Debtor. | DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY |

Under penalty of perjury, the undersigned hereby declares as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, based upon the review of the business records, and if called upon to testify in this action, I could and would testify competently thereto.

2. The real property involved in this motion is commonly known as 1531 Thompson Dr, Bremerton, WA 98337 (the "Property").

3. I am an employee of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"). I am duly authorized to make this declaration on behalf of Movant.

4. I am familiar with the manner and procedure by which the records of Movant are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents of Movant in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge of and/or

Declaration in Support of Motion for Relief from Stay - 1
MH# WA-18-151426

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 18-14780-CMA    Doc 10    Filed 01/04/19    Ent. 01/04/19 14:52:59    Pg. 1 of 3

access to the business records. I personally reviewed the business records related to this loan prior to executing this declaration.

5. Movant is, either directly or through the use of a designated custodian, in possession of the original Promissory Note dated February 15, 2007, in the principal amount of $250,500.00, which is secured by a Deed of Trust encumbering the Property. The Note has not been subsequently assigned or transferred to any other person or entity since assignment and transfer to Movant. Movant is entitled to receive payments under the Note and Deed of Trust.

6. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. The following documents evidencing the loan, including the Note and Deed of Trust, are attached as Exhibits hereto. Attached as Exhibit 1 is an imaged copy of Movant's file copy of the Promissory Note.

    a. Exhibit 1 - Note.

    b. Exhibit 2 - Deed of Trust.

    c. Exhibit 3 - Assignment of Deed of Trust.

8. Movant uses the standard practices of the mortgage lender industry. A payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

Declaration in Support of Motion for Relief from Stay - 2
MH# WA-18-151426

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 18-14780-CMA    Doc 10    Filed 01/04/19    Ent. 01/04/19 14:52:59    Pg. 2 of 3

9. As of December 21, 2018, Movant's records on the loan that is the subject of this motion shows that the loan is due for the payments owed on and after July 1, 2018. July 2018 through December 2018 monthly mortgage payments of $2,364.31 each.

10. As of December 21, 2018, the principal balance on the loan is $239,252.34 and the approximate total balance due is $249,315.80.

I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2019 at Lewisville, Texas.

_Chastity Wilson_
Signature

Printed Name: Chastity Wilson
Nationstar Mortgage LLC
d/b/a Mr. Cooper

Title: Assistant Secretary

Declaration in Support of Motion for Relief from Stay - 3
MH# WA-18-151426

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 18-14780-CMA  Doc 10  Filed 01/04/19  Ent. 01/04/19 14:52:59  Pg. 3 of 3